Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
UMG RECORDINGS, INC.; CAPITOL
RECORDS, INC.; ATLANTIC
RECORDING CORPORATION; and
WARNER BROS. RECORDS INC.

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>　　　　Plaintiffs,<br>　v.<br>JOHN DOE,<br>　　　　Defendant. | CASE NO. CV 07 6035<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
7  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
8  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
9  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
10 Corporation is publicly traded in the U.S.

11 The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
12 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
13 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
14 publicly traded. Vivendi S.A. is publicly traded in France.

15 The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
16 Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
17 EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
18 Virgin Music Group Ltd.; and EMI Group Limited.

19 The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING
20 CORPORATION: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.;
21 and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.
22 Warner Music Group Corp. is publicly traded in the U.S.
23 ///
24 ///
25 ///
26 ///
27 ///
28

1

Certification of Interested Entities or Persons
Case No.
#34017 v1

1 | The following companies are parents of, or partners in Plaintiff WARNER BROS.
2 | RECORDS INC.:  WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
3 | Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
4 | publicly traded in the U.S.
5 | Dated:  November 29, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORPORATION; and WARNER BROS. RECORDS INC.

2