AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **E-filing** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>Northern District    CV 07    6035 |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.;<br>ATLANTIC RECORDING CORPORATION; and WARNER BROS. RECORDS INC. | | DEFENDANT<br>JOHN DOE    SC |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 169.229.110.20 2007-09-09 17:53:31 EDT

**CASE ID#** 141667689

**P2P Network:** GnutellaUS

**Total Audio Files:** 79

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| UMG Recordings, Inc. | Nirvana | Smells Like Teen Spirit | Nevermind | 135-335 |
| UMG Recordings, Inc. | Hinder | Better Than Me | Extreme Behavior | 379-192 |
| Capitol Records, Inc. | Selena | Dreaming of You | Dreaming of You | 210-307 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Back to You | Room for Squares | 305-049 |
| Capitol Records, Inc. | Yellowcard | Only One | Ocean Avenue | 343-413 |
| Atlantic Recording Corporation | Ryan Cabrera | On the Way Down | Take It All Away | 369-515 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| Warner Bros. Records Inc. | Michael Buble | Save the Last Dance For Me | It's Time | 370-205 |