1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  UMG RECORDINGS, INC.; CAPITOL
   RECORDS, INC.; ATLANTIC
8  RECORDING CORPORATION; and
   WARNER BROS. RECORDS INC.
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13  SONY BMG MUSIC ENTERTAINMENT, a          CASE NO.
    Delaware general partnership; UMG
14  RECORDINGS, INC., a Delaware corporation;  [PROPOSED] ORDER GRANTING *EX*
    CAPITOL RECORDS, INC., a Delaware          *PARTE* APPLICATION FOR LEAVE TO
15  corporation; ATLANTIC RECORDING            TAKE IMMEDIATE DISCOVERY
    CORPORATION, a Delaware corporation; and
16  WARNER BROS. RECORDS INC., a Delaware
    corporation,
17
                        Plaintiffs,
18
19         v.
20  JOHN DOE,
21                      Defendant.
22

23

24

25

26

27

28

Proposed Order
Case No.
#34020 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on University of California,

4   Berkeley to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks

5   documents that identify Defendant John Doe , including the name, current (and permanent) address

6   and telephone number, e-mail address, and Media Access Control addresses for Defendant.  The

7   disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10   under the Copyright Act.

11

12

13

14   Dated: _____12/11/07_____    By: _____

15                                                                                                  Judge

16                                                                         Judge Samuel Conti

17

18

19

20

21

22

23

24

25

26

27

28

1

Proposed Order
Case No.
#34020 v1