Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORPORATION; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>           Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>           Defendant. | CASE NO. 3:07-CV-06035-SC<br><br>**The Honorable Samuel Conti**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for March 7, 2008 at 10:00 a.m. to June 6, 2008.  As set forth in more detail below, Plaintiffs only recently identified the Doe defendant in this case, and Plaintiffs are attempting to contact the defendant and resolve the dispute before amending the Complaint to name him in the lawsuit and serving process upon him.  In support of their request, Plaintiffs state as follows:

1.    No previous continuances have been requested or granted in this case.

2.    Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on November 29, 2007.  Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").  Accordingly, in order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on November 29, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

3.    The Court entered an Order for Leave to take Immediate Discovery on December 11, 2007, which was served upon the ISP along with a Rule 45 subpoena.  On February 13, 2008, the ISP responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name and address.

4.    After receiving the foregoing information from the ISP, Plaintiffs sent Defendant written notification of their copyright infringement claim on February 26, 2008, inviting Defendant to contact Plaintiffs and attempt to resolve the dispute.  If efforts to resolve the dispute fail, Plaintiffs plan to file a First Amended Complaint naming Defendant individually and then proceed to serve process on him.  However, Plaintiffs wish to first give Defendant a reasonable period of time to contact Plaintiffs and resolve this matter before naming him in the lawsuit.

5.    Given the foregoing circumstances, a case management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for March 7, 2008 to June 6, 2008, or such other date as conveniences the Court.

1  6. Plaintiffs will provide the Defendant with a copy of this request and any Order
2  concerning this request when service of process occurs.
3  7.

Dated: February 27, 2008                                  HOLME ROBERTS & OWEN LLP

                                                          By: */s/ Matthew Franklin Jaksa*
                                                              MATTHEW FRANKLIN JAKSA
                                                              Attorney for Plaintiffs

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for March 7, 2008, at 10:00 a.m. be continued to June 6, 2008.

Dated: 3/4/08                                             By: _____
                                                              Hon.
                                                              United States District Judge
                                                              Judge Samuel Conti

IT IS SO ORDERED

Ex Parte Application and [Proposed] Order
Case No. 3:07-cv-06035-SC
#35892 v1