Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; ATLANTIC RECORDING CORPORATION; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br>　　　v.<br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. 3:07-CV-06035-SC<br><br>**The Honorable Samuel Conti**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN DOE** |

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:07-cv-06035-SC
#36159 v1

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC ENTERTAINMENT, *et al*. voluntarily dismiss their copyright infringement claim against Defendant John Doe, also identified as ID #141667689 with IP address 169.229.110.20 2007-09-09 17:53:31 EDT, each party to bear its/her/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated:  March 11, 2008                                         HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
       MATTHEW FRANKLIN JAKSA
       Attorney for Plaintiffs



NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:07-cv-06035-SC
#36159 v1